```
          BADIAK & WILL, LLP
          ATTN:
U.S. SOUTHERN DIST. COURT     NEW YORK  COUNTY
----------------------------------------------------
                                              Index No. 2947/08
GREAT AMERICAN INSURANCE COMPANY      plaintiff
A/S/O SUNOPTA SUNFLOWER                       Date Filed  ............
              - against -
                                              Office No. 07-A-009-JK
LIBERTY CONTAINER LINE, INC., ETANO   defendant
                                              Court Date:   / /
----------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:
```

**DANIEL KNIGHT**       being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
   That on the  **2nd  day of April, 2008     at   03:10 PM.**,                               at
   %MAERSK, INC., 2 GIRALDA FARMS MADISON AVE,
   ATTN:CLAIMS DEPT., MADISON, NJ 07940
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **A.P. MOLLER-MAERSK A/S TRADING AS MAERSK SEALAND**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
   **ANDY TSUKAMOTO, GENERAL AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
       SEX: **MALE**         COLOR: **ASIAN**        HAIR: **BLACK**
       APP. AGE: **43**      APP. HT: **5:3**        APP. WT: **160**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
7th  day of  April, 2008k


JOEL GOLUB                          DANIEL KNIGHT
Notary Public, State of New York    AETNA  CENTRAL / JUDICIAL   SERVICES
   No.01G04751136                   225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY          NEW YORK, NY, 10007
Commission Expires 12/31/2009       Reference No: 3BWM119727

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

GREAT AMERICAN INSURANCE COMPANY a/s/o
Sunopta Sunflower,

**SUMMONS IN A CIVIL CASE**

V.

LIBERTY CONTAINER LINE, INC., and A.P.
MOLLER-MAERSK A/S trading as Maersk Sealand,

CASE NUMBER: 08 CV 2947

JUDGE COTE

TO: (Name and address of defendant)

Liberty Container Line, Inc.
c/o Globerunners, Inc.
600 Inwood Avenue, Suite 160
Oakdale, MN 55128

A.P. Moller-Maersk A/S trading as
Maersk Sealand
c/o Maersk, Inc.
Giralda Farms
Madison Avenue
Madison, New Jersey 07940

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BADIAK & WILL, LLP
106 Third Street
Mineola, New York 11501-4404
Our Ref.: 07-A-009-JK

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON       MAR 2 0 2008

CLERK                    DATE

(BY) DEPUTY CLERK