378-07/WDM/DPM
FREEHILL HOGAN & MAHAR LLP
Attorneys for Defendant
A.P. Moller-Maersk A/S
80 Pine Street
New York, NY 10005
Tel: (212) 425-1900
Fax: (212) 425-1901 fax
Don P. Murnane, Jr. (DM 3639)
Wayne D. Meehan (WM 9102)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GREAT AMERICAN INSURANCE COMPANY a/s/o
SUNOPTA SUNFLOWER,

       Plaintiff,     ECF CASE

 - against -           **08 Civ. 2947 (DLC)**

LIBERTY CONTAINER LINE, INC., and A.P.
MOLLER-MAERSK A/S trading as MAERSK  **RULE 7.1 STATEMENT**
SEALAND,

       Defendants.
-----------------------------------------------------------------x

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant A.P. Moller-Maersk A/S, certifies that A.P. Moller-Maersk A/S is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
   July 7, 2008

               FREEHILL, HOGAN & MAHAR LLP
               Attorneys for Defendant
               A.P. Moller-Maersk A/S

            By: _____
              Don P. Murnane, Jr. (DM 3639)
              80 Pine Street, 24th Floor
              New York, NY 10005-1759
              (212) 425-1900

NYDOCS1/308086.1

To:   BADIAK & WILL, LLP
      Attorneys for Plaintiff
      106 3rd Street
      Mineola, New York 11501

      LIBERTY CONTAINER LINE, INC.
      c/o Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
      61 Broadway, Suite 3000
      New York, New York 10006
      Attn: Ms. Jessica De Vivo