378-07/WDM/DPM
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREAT AMERICAN INSURANCE COMPANY
a/s/o SUNOPTA SUNFLOWER,

                             Plaintiff,

- against -

LIBERTY CONTAINER LINE, INC., and A.P. MOLLER-MAERSK A/S trading as MAERSK SEALAND,

                             Defendants.

ECF CASE

**08 Civ. 2947 (DLC)**

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

    I, Joan Sorrentino, being duly sworn say:

    I am not a party to this action, am over 18 years of age and with a place of business at 80 Pine Street, New York, New York 10005. On July 7, 2008, I served **Defendant A.P. Moller-Maersk's Answer to Complaint & Cross-Claim** upon:

        BADIAK & WILL, LLP
        Attorneys for Plaintiff
        106 3rd Street
        Mineola, New York 11501

        LIBERTY CONTAINER LINE, INC.
        c/o Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
        61 Broadway, Suite 3000
        New York, New York 10006
        Attn: Ms. Jessica De Vivo

by depositing a true copy of the same in a post-paid properly addressed wrapper, in a Federal Express depository under the exclusive care and custody of Federal Express.

*Joan Sorrentino*
Joan Sorrentino

Sworn to before me on this
7th day of July, 2008.

*Melissa Colford*
NOTARY PUBLIC

MELISSA COLFORD
Commissioner of Deeds
City of New York-No. 5-1692
Certificate Filed in New York
Commission Expires 4/1/16

NYDOCS1/308085.1                           2