Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete Documents

9167.SHV.JAD
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York
212-344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY a/s/o SUNOPTA SUNFLOWER<br><br>Plaintiff<br><br>- Against -<br><br>LIBERTY CONTAINER LINE and A.P. MOLLER-MAERSK A/S trading as MAERSK SEALAND<br><br>Defendants | ECF CASE<br><br>08 CV 2947 (DLC)<br><br>DEFENDANT<br>LIBERTY CONTAINER LINE'S<br>CORPORATE DISCLOSURE<br>STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Globerunners, Inc. f/k/a/ Liberty Container Solutions certifies that upon information and belief this Defendant is owned by ClearFreight which is not publicly traded in the United States.

Dated: New York, New York
       July 10, 2008

                                        CICHANOWICZ, CALLAN, KEANE,
                                        VENGROW & TEXTOR, LLP

                                        By:___s/Stephen Vengrow_____
                                           Stephen H. Vengrow (SHV/3479)
                                            CICHANOWICZ, CALLAN, KEANE,
                                            VENGROW & TEXTOR, LLP

61 Broadway, Suite 3000  
New York, New York  
212-344-7042


